

February 23, 2022

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Application GRANTED.

SO ORDERED.
Dated: New York, NY
2/24/2022

*[Signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

Re: *Simon Property Group, L.P. v. U.S. Bank National Association*, No. 1:21-cv-07850 (PKC) (S.D.N.Y.)

Dear Judge Castel:

There is not currently another conference scheduled before the Court.

Given the Court's recent Order of February 18, 2022, Plaintiff Simon Property Group L.P. ("Simon") and Defendant U.S. Bank National Association ("U.S. Bank") respectfully request the Court modify the current schedule by 10 days. Currently, fact discovery is scheduled to occur by March 1, 2022. The parties respectfully request that the Court amend the fact discovery deadline to be March 11, 2022, which would place the deadline for supplemental submissions on summary judgment to March 25, 2022.

The parties recently requested that the Court amend the fact discovery deadline to be 30 days after the Court's ruling on summary judgment. On February 18, 2022, the Court denied that request. *See* Dkt. 56. Simon and U.S. Bank are working diligently to comply with the Order. In this regard, they are discussing and scheduling the depositions of five witnesses, including Rule 30(b)(6) designees.

The parties' request for 10 additional days is necessitated by the number of depositions to be taken, the intervening President's Day holiday weekend, and the individual witnesses' lack of availability over the next week.

Thank you for your attention to this matter.



Hon. P. Kevin Castel
February 23, 2022
Page 2

      Very truly yours,

By: */s/ Timothy J. Carroll*
Timothy J. Carroll (*pro hac vice*)
VENABLE LLP
227 W. Monroe Street, Suite 3950
Chicago, IL 60606
T: (312) 820-3400
F: (312) 820-3401
tjcarroll@venable.com

Elizabeth M. Manno (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue,
N.W. Washington, D.C. 20001
T: (202) 344-4000
F: (202) 344-8300
emmanno@venable.com

Thomas John Welling
VENABLE LLP
1290 Avenue of
Americas
20th Floor
New York, NY 10104
T: 212-503-0558
tjwelling@venable.com

*Counsel for Plaintiff*
*Simon Property Group, L.P.*



Hon. P. Kevin Castel
February 23, 2022
Page 3

                              Respectfully submitted,

                              */s/ Sanjiv Laud (with permission)*
                              J. Thomas Vitt (MN Bar #0183817)*
                              Sanjiv P. Laud (MN Bar #0395115)*
                              Joshua M. Taylor (MN Bar #0401929)*
                              JONES DAY
                              90 South Seventh Street
                              Suite 4950
                              Minneapolis, MN  55402
                              Telephone:  +1.612.217.8800
                              Facsimile:   +1.844.345.3178
                              tvitt@jonesday.com
                              slaud@jonesday.com
                              joshuataylor@jonesday.com

                              Marlee R. Hartenstein*
                              JONES DAY
                              500 Grant Street
                              Suite 4500
                              Pittsburgh, PA 15219
                              Telephone: +1.412.301.3939
                              Facsimile: +1.412.394.7959
                              mhartenstein@jonesday.com

                              Stuart W. Yothers (SY2001)
                              JONES DAY
                              250 Vesey Street
                              New York, New York 10281
                              Telephone: (212) 326-3893
                              Email: syothers@jonesday.com

                              * admitted pro hac vice

                              *Attorneys for Defendant U.S. Bank National*
                              *Association*