UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SIMON PROPERTY GROUP, L.P.,

                           Plaintiff,

                                                                            21-cv-7850 (PKC)

    -against-

                                                                             <u>ORDER</u>


U.S. BANK NATIONAL ASSOCIATION.,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In the Third-Party Complaint, filed in the Eastern District of Texas by third-party plaintiff Simon Property Group, L.P. ("SPG") on September 1, 2020 against third-party defendants U.S. Bank National Association ("U.S. Bank") and American Express Travel Related Services Company, Inc. ("American Express"), SPG demanded a trial before a jury. (Doc 2 ¶ 59.) Subsequently, on September 17, 2021, the instant action as just between SPG and U.S. Bank was severed and on September 21, 2021, transferred to this Court from the Eastern District of Texas. (Doc 1.)

        In light of the procedural developments in the approximately two years since the filing of the Third-Party Complaint, by July 14, 2022, the parties shall confer and advise the Court as to their positions on whether this case is still to be tried before a jury. Upon reviewing the parties' positions, the Court will enter an Order on final pretrial submissions and trial either before a jury or the Court.

SO ORDERED.

P. Kevin Castel  
United States District Judge

Dated: New York, New York  
July 6, 2022